UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                     Case No. 09-CR-26-bbc

HAKEEM STEVENS,

        Defendant.

---

**ORDER FOR RELEASE**

---

    The U.S. Probation Office having advised the court that an appropriate residence has been approved for the defendant,

    IT IS ORDERED that defendant be released on December 23, 2011, pending his revocation hearing at 1:00 p.m. on January 3, 2012.

    It is furtherer ordered that all previous imposed conditions of supervised release remain in place.

    Dated this 22nd day of December, 2011.

                                        BY THE COURT:

                                        _____
                                        PETER OPPENEER
                                        Magistrate Judge